United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE AUGMENTED REALITY ORGANIZATION,<br><br>Plaintiff,<br><br>v.<br><br>RADIUS GROUP, INC.,<br><br>Defendant. | Case No. 19-CV-06229-LHK<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION TO GRANT PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**<br><br>Re: Dkt. Nos. 16, 17 |

This case is an action alleging breach of contract for $82,471.20. ECF No. 1 ¶ 12 ("Compl."). This case was referred to Magistrate Judge Susan van Keulen, and Judge van Keulen has made a report and recommendation that the District Judge grant Plaintiff's motion for default judgment. ECF No. 17. The Magistrate Judge's Report and Recommendation was filed and served on December 18, 2019. *Id.* No objections have been filed, and the time to file objections has expired. *See* Fed. R. Civ. P. 72(b)(2).

Having reviewed the Report and Recommendation, as well as the record in this case, the Court finds that the Report and Recommendation is well-founded in fact and in law. The Court ADOPTS the Report and Recommendation in its entirety. Accordingly, Plaintiff's motion for

1

Case No. 19-CV-06229-LHK
ORDER ADOPTING REPORT AND RECOMMENDATION TO GRANT PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

default judgment is GRANTED.

**IT IS SO ORDERED.**

Dated: March 6, 2020

*Lucy H. Koh*
LUCY H. KOH
United States District Judge